Geoffrey O. Evers (SBN 140541)
EVERS LAW GROUP, A Professional Corporation
641 Fulton Avenue, Suite 200
Sacramento, CA 95825
Tel: 916-974-3000
Fax: 916-720-0332
Email: g.evers@everslaw.com

Attorney for Defendant,
BENEFITS MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE S. ELLIOTT,<br><br>　　　　Plaintiff,<br>v.<br><br>BENEFITS MANAGEMENT CORPORATION,<br><br>　　　　Defendants | CASE NO.:   13-CV-02964-WHO<br><br>DEFENDANT BENEFITS MANAGEMENT INC.'S *REQUEST TO APPEAR TELEPHONICALLY AT THE HEARING* FOR DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH LEAVE CAN BE GRANTED F.R.C.P. RULE 12(b)(6); REQUEST FOR MORE DEFINITE STATEMENT F.R.C.P. § 12(e) AND MOTION FOR REMAND 28 U.S.C. § 1447(C)<br><br>Date:   December 11, 2013<br>Time:   2:00 p.m.<br>Place:  Courtroom 2, 17th Floor<br>Hon.:   William H. Orrick |

TO THE HONORABLE WILLIAM H. ORRICK:

　　Defendant, Benefits Management Corporation hereby request permission from the Court to appear telephonically at the Hearing on December 11, 2013 at 2:00 p.m. regarding Defendant's Motion to Dismiss For Failure to State a Claim Upon Which Leave Can Be Granted F.R.C.P. Rule 12(b)(6); Request For More Definite Statement F.R.C.P. § 12(e) And Motion For Remand 28 U.S.C. § 1447(C).

1

Defense counsel request a telephonic appearance due to the following:

1) Plaintiff has failed to file an Opposition.

2) Plaintiff has failed to contact Defendant, Benefits Management Corporation.

3) It would be a needless and potential waste of time and resources to expend five hours or more of my client's money traveling to and from San Francisco to argue an unopposed motion.

Again, defendant, Benefits Management Corporation, would like to remind the Court that no opposition was filed by Plaintiff, Vance S. Elliot, to Defendant's motion to dismiss for failure to state a claim upon which leave can be granted, a request for a more definite statement and that this matter be remanded to the State Court. Defense counsel has not had any communication with the Plaintiff since the filing of the motion.

Accordingly, this moving defendant, would request that the Court Grant its request to appear by telephone at the upcoming Hearing.

Dated: December 6, 2013       Respectfully submitted,

EVERS LAW GROUP, A Professional Corporation


BY:   /s/: Geoffrey O. Evers
           Geoffrey O. Evers

Attorney for BENEFITS MANAGEMENT, INC.

Defendant's request is hereby GRANTED to appear telephonically at the Hearing for Motion to Dismiss For Failure to State a Claim Upon Which Leave Can Be Granted F.R.C.P. Rule 12(b)(6); Request For More Definite Statement F.R.C.P. § 12(e) And Motion For Remand 28 U.S.C. § 1447(C).

Date: December 10, 2013       
                              Hon. William H. Orrick